James Juo (State Bar No. 193852)
 jjuo@fulpat.com
FULWIDER PATTON, LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:  (310) 824-5555
Facsimile:  (310) 824-9696

Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PURELY DRIVEN PRODUCTS, LLC, and JOHN ALPHONSE IAVARONE<br><br>Plaintiffs,<br><br>v.<br><br>CHILLOVINO, LLC, CIGDEM HARMS, and MICROTEX GLOBAL MANUFACTURING<br><br>Defendants. | CASE NO. 15-cv-00982 CBM (ASx)<br><br>**STIPULATION REGARDING MOTION TO DISMISS UNDER RULES 12(b)(1), 12(b)(2) and 12(b)(7)**<br><br>Judge Consuelo B. Marshall |
|---|---|

Plaintiffs PURELY DRIVEN PRODUCTS, LLC, and JOHN ALPHONSE IAVARONE (collectively, *"Plaintiffs"*), and Defendants, CHILLOVINO, LLC, CIGDEM HARMS, and MICROTEX GLOBAL MANUFACTURING (collectively, *"Defendants"*), hereby agree and stipulate that the Court decide Defendants' Motion to Dismiss Plaintiffs' Amended Complaint on the basis of whether there is subject matter jurisdiction under Rule 12(b)(1).

On October 27, 2015, Defendants had filed a Motion to Dismiss under Rules 12(b)(1), 12(b)(2), and 12(b)(7) for lack of subject matter jurisdiction, lack of personal jurisdiction, and infeasible joinder of a necessary party.

1  On December 1, 2015, the Court issued an Order [D.E. 30] setting forth a schedule for discovery regarding personal jurisdiction, and for further briefing regarding Defendants' Motion to Dismiss.

Defendants hereby withdraw Rules 12(b)(2) and 12(b)(7) as a basis for Defendants' Motion to Dismiss, which obviates the need for discovery and further briefing.

Plaintiffs hereby withdraw Plaintiffs' First Set of Special Jurisdictional Interrogatories to Defendants Chillovino LLC, Cigdem Harms, and Microtex Global Manufacturing (Nos. 1-10), and Defendants hereby withdraw its responses thereto. Parties agree that the withdrawn interrogatories shall not count against the limit set forth under Rule 33 of the Federal Rules of Civil Procedure, the Local Rules of this District or any other applicable Order of this Court.

The Parties further request that the Court vacate the discovery and briefing schedule set forth in its December 1, 2015 Order [D.E. 30].

DATED: January 21, 2016          Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ Glen Liu
      Glen Liu
      Attorneys for Plaintiffs

DATED: January 21, 2016          Respectfully submitted,

FULWIDER PATTON LLP

By:   /s/ James Juo
      James Juo
      Attorneys for Defendants

*All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

   /s/ James Juo

915914.1                         2