James Juo (State Bar No. 193852)
  jjuo@fulpat.com
FULWIDER PATTON, LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone:  (310) 824-5555
Facsimile:  (310) 824-9696

Attorney for Defendants,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURELY DRIVEN PRODUCTS, LLC, and JOHN ALPHONSE IAVARONE<br><br>Plaintiffs,<br><br>v.<br><br>CHILLOVINO, LLC; CIGDEM HARMS; and MICROTEX GLOBAL MANUFACTURING<br><br>Defendants. | CASE NO. 15-cv-00982 CBM (ASx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING MOTION TO DISMISS**<br><br>Judge Consuelo B. Marshall |

On October 27, 2015, Defendants filed a Motion to Dismiss under Rules 12(b)(1), 12(b)(2), and 12(b)(7) for lack of subject matter jurisdiction, lack of personal jurisdiction, and infeasible joinder of a necessary party.

On December 1, 2015, the Court issued an Order [D.E. 30] setting forth a schedule for discovery regarding personal jurisdiction, and for further briefing regarding Defendants' Motion to Dismiss.

Defendants have since withdrawn Rules 12(b)(2) and 12(b)(7) as a basis for Defendants' Motion to Dismiss, thereby obviating the need for discovery and further briefing.

1    The Court vacates the schedule set forth in its December 1, 2015 Order
2  [D.E. 30].
3    The Court will issue a written order regarding Defendants' Motion to Dismiss
4  on the basis of whether there is subject matter jurisdiction under Rule 12(b)(1).
5    SO ORDERED.

6

7    _____
8    Consuelo B. Marshall
     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28